Urbana Foote
2323 Almira Ave
Fullerton, CA 92831
Phone:       (949) 254-3769
Email:       urbanafoote@yahoo.com



Plaintiff in *Pro Per*

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CAM XI TRUST, its successors and/or assignees vs.<br><br>URBANA P FOOTE<br><br>Debtor | Case No.: 8:21-11151 -ES<br><br>**NOTICE OF TAKING DEPOSITION DUCES TECUM.**<br><br>Time:      10:00 AM<br>Date:      07/22/2021<br>Judge:     Hon. Erithe A Smith<br>Place:     In-person or Zoom |
|---|---|

PLEASE TAKE NOTICE that, pursuant to LBR 7030-1, Fed. R. Civ. P. 30(b) by way of Fed. R. Bankr. P. 7030, URBANA P FOOTE ("Debtor") will take a deposition, duces tecum, on the dates and times indicated of the individuals, who are parties or witnesses, listed below. The deposition(s) will be upon oral examination, to be recorded by stenographic means. The depositions will be held at the above court, date and time during the CAM XI TRUST motion for relief from stay hearing. Juliet Muller ("Declarant") executed a declaration on June 8, 2021, in which she stated "if called upon to testify in this action, I could and would testify

-1-
NOTICE OF TAKING DEPOSITION DUCES TECUM

competently. Parties can appear in person or by zoom. If necessary, each deposition will be adjourned until completed. The deposition may be video recorded.

Juliet Muller
Fay Servicing, LLC
℅ **Dane W Exnowski**
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
(562) 983-5371
562-983-5365 (fax)
dane.exnowski@mccalla.com

Juliet Muller
CAM XI TRUST et al
**Reilly D Wilkinson**
Scheer Law Group LLP
155 N Redwood Dr Ste 100
Saan Rafael, CA 94903
415-491-8900
415-491-8910 (fax)
rwilkinson@scheerlawgroup.com


Respectfully submitted,

/s/ Urbana Foote
_____  7/6/21
Urbana Foote, Debtor

-2-
NOTICE OF TAKING DEPOSITION DUCES TECUM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2323 Almira Avenue Fullerton, CA 92831

A true and correct copy of the foregoing document entitled (*specify*): __NOTICE OF TAKING DEPOSITION DUCES TECUM_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/06/21_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge: Honorable Erithe A. Smith, United States Bankruptcy Court, 411 West Fourth Street, Suite 3700, Orange, CA 92868
Chapter 13 Trustee: efile@ch13ac.com    U.S. Trustee: ustpregion 16.sa.ecf@usdoj.gov
Notice: rwilsinson@scheerlawgroup.com, jscheer@scheerlawgroup.com, claims@recoverycorp.com
dane.exnowski@mccalia.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/06/2021 | Glen A. Foote | /s/ Glen A. Foote |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**